UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDDRICK J. BAKER,<br><br>Defendant. | CASE NO. 18-131 RAJ<br><br>**ORDER GRANTING MOTION TO TRAVEL TO OREGON** |

The Court GRANTS defendant's motion to travel to Oregon, Dkt. 403, and ORDERS:

Defendant Baker may travel to Portland, Oregon with Monica Leary on November 17, 2018, and spend the night there. He must return to Seattle, Washington on Sunday, November 18, 2018. All other conditions of his appearance bond and order of release shall remain in effect.

DATED this 19th day of October, 2017.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO TRAVEL
TO OREGON - 1