Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR18-131RAJ |
| ) | |
| Plaintiff ) | ORDER FOR WITHDRAWAL AND |
| ) | SUBSTITUTION OF COUNSEL |
| ) | |
| v. ) | |
| ) | |
| EDDRICK JEROME BAKER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

WHEREFORE, the Court has received a Stipulation and Proposed Order for Withdrawal and Substitution of Counsel in the above-captioned matter, and

The Court having reviewed the pleadings and files related thereto; and

Defendant Eddrick Jerome Baker and all parties having consented thereto; and

The Court finding good cause; the Court hereby ORDERS

Michael S. Kolker is permitted to withdraw as attorney for Defendant Eddrick Jerome Baker and Donna L. Johnston of the Brumley Law Firm, PLLC is permitted to be substituted in his place.

DATED this 29th day of January, 2019.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1

_____
**BRUMLEY LAW FIRM, PLLC**
1303 CENTRAL AVENUE SOUTH, SUITE # 201
KENT, WASHINGTON 98032
(253) 236-4079
donna@brumleylawfirm.com