JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-131RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| EDDRICK JEROME BAKER, | |
| Defendant. | |

Upon the motion of the Defense to file an Overlength Motion for Compassionate Release in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that the motion (Dkt. # 1559) is GRANTED. The Court grants Defendant leave to file a Motion for Compassionate Release not to exceed 14 pages.

DATED this 3rd day of February, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION FOR COMPASSIONATE RELEASE (*United States v. Eddrick Baker*; CR18-131RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100