The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff v. EDDRICK JEROME BAKER, Defendant. | No. CR18-131 RAJ ORDER SETTING BRIEFING SCHEDULE |

The Court, having reviewed the Stipulated Motion of the Parties regarding a proposed briefing schedule for the motion for reduction in sentence, hereby ORDERS that the motion (Dkt. 1563) is GRANTED. The briefing schedule shall be as follows:

    a.    The government's response to the motion is due by February 16, 2022;

    b.    Any reply should then be filed on or before February 18, 2022; and

    c.    The motion for reduction in sentence is renoted for February 18, 2022.

DATED this 8th day of February, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER SETTING BRIEFING SCHEDULE
*United States v. Baker,* CR18-131 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970